## 19059. Trimble, *alias* Tramble, *v.* The State.

Duckworth, Chief Justice. This case having been tried jointly with *Baugh* v. *State,* ante, and the evidence and the record being identical, it is controlled by our decision of affirmance in that case.

*Judgment affirmed. All the Justices concur.*

Submitted September 12, 1955—Decided October 10, 1955.

*James H. Dodgen,* for plaintiff in error.

*Geo. D. Lawrence, Solicitor-General, Eugene Cook, Attorney-General, Rubye G. Jackson,* contra.